Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Justin J. Gillett (SBN 298150)
justin.gillett@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for
WILLIAM H. SHREVE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. SHREVE,<br><br>　　　　Movant,<br><br>　　v.<br><br>GUEST TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>　　　　Respondent. | Case No. 8:20-mc-00020<br><br>[Action pending in U.S. District Court for the District of Delaware, Case No. 1:18-cv-01394-RGA]<br><br>**NOTICE OF MOTION AND MOTION OF WILLIAM H. SHREVE TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER**<br><br>HEARING:<br>Date: TBD<br>Time: TBD<br>Courtroom: TBD |

*1*     PLEASE TAKE NOTICE that at a date and time to be determined by this Court, Third-Party William H. Shreve ("Mr. Shreve") hereby moves, pursuant to Federal Rules of Civil Procedure 26(c) and 45, for an order quashing the subpoena to appear at a deposition served by Plaintiff Guest Tek Interactive Entertainment Ltd. on Mr. Shreve in connection with *Guest Tek Interactive Entertainment Ltd. v. Nomadix, Inc.*, No. 1:18-cv-01394-RGA (Del.) and for a protective order prohibiting that deposition.

    Counsel for Mr. Shreve has in good faith conferred via email with counsel for Guest Tek in an effort to resolve the dispute without court action.

    Mr. Shreve bases the motion on this notice; the concurrently filed opening brief; the supporting declarations of Justin J. Gillett and William H. Shreve, and any exhibits thereto; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. Mr. Shreve is also lodging a proposed order for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 11, 2020

/s/ *Justin J. Gillett*
Douglas G. Muehlhauser
Mark Lezama
Justin J. Gillett

Attorneys for
WILLIAM H. SHREVE

33484291

- 1 -