IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. SHREVE,<br><br>　　　　Movant,<br><br>　　v.<br><br>GUEST TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>　　　　Respondent. | Case No. 8:20-mc-00020<br><br>[Action pending in U.S. District Court for the District of Delaware, Case No. 1:18-cv-01394-RGA]<br><br>**[PROPOSED] ORDER ON WILLIAM H. SHREVE'S MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER** |

*1*   Having considered William H. Shreve's Motion to Quash Subpoena and for
*2* a Protective Order, all the papers filed in support, in opposition and in reply
*3* thereof, any oral argument by counsel on the motion, the Court hereby **GRANTS**
*4* Mr. Shreve's Motion.

*5*   The Court hereby **QUASHES** the subpoena.

*6*   The Court further **ORDERS** that Guest Tek **SHALL NOT** take the
*7* deposition of William H. Shreve within this Judicial District in connection with
*8* the case styled *Guest Tek Interactive Entertainment Ltd. v. Nomadix, Inc.*,
*9* No. 1:18-cv-01394-RGA (D. Del.).

*11*   **IT IS SO ORDERED.**

*13* Dated:

United States District Court Judge

- 1 -