Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Justin J. Gillett (SBN 298150)
justin.gillett@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for
WILLIAM H. SHREVE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. SHREVE,<br><br>Movant,<br><br>v.<br><br>GUEST TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>Respondent. | Case No. 8:20-mc-00020<br><br>[Action pending in U.S. District Court for the District of Delaware, Case No. 1:18-cv-01394-RGA]<br><br>**DECLARATION OF JUSTIN J. GILLETT IN SUPPORT OF WILLIAM H. SHREVE'S MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER** |

I, Justin J. Gillett, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and am counsel of record for William H. Shreve.

2. I am also counsel of record for Nomadix, Inc. in the case styled *Guest Tek Interactive Entertainment Ltd. v. Nomadix, Inc.*, No. 1:18-cv-01394-RGA (D. Del.) (the "Delaware case"). I understand that Guest Tek attempted to serve a subpoena for Mr. Shreve's deposition in connection with the Delaware case on September 4, 2020. On September 9, 2020, Guest Tek served a notice of deposition of Nomadix, Inc. under Fed. R. Civ. P. 30(b)(6) in connection with the Delaware case. To date, Nomadix has not received any other notices of deposition in connection with the Delaware case, and Guest Tek has not taken any depositions in that case.

3. Exhibit 1 to my declaration is a copy of a Subpoena to Testify at a Deposition to William H. Shreve.

4. Exhibit 2 is an email thread between Charles Carson, Jeff Lesovitz, and an administrative assistant to Jennifer Ying, who are counsel for Guest Tek Entertainment Ltd.; and Mark Lezama and me, who are counsel for Nomadix, Inc. in the Delaware case and for William H. Shreve in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 11, 2020, in Costa Mesa, California.

/s/ *Justin J. Gillett*
Justin J. Gillett

33486653

- 1 -