| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Douglas G. Muehlhauser (SBN 179495) <br> Mark Lezama (SBN 253479) <br> Justin J. Gillett (SBN 298150) <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 2040 Main Street, Fourteenth Floor <br> Irvine, CA 92614 <br> Telephone: 949-760-0404/Facsimile: 949-760-9502 | |
| ATTORNEY(S) FOR: William H. Shreve | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM H. SHREVE, <br><br> Plaintiff(s), <br><br> v. <br><br> GUEST TEK INTERACTIVE ENTERTAINMENT LTD. <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:20-mc-00020 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____William H. Shreve_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| William H. Shreve | Movant |

| September 11, 2020 | /s/ Justin J. Gillett |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

William H. Shreve