**NOTE: CHANGES MADE BY THE COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. SHREVE,<br><br>    Movant,<br><br>v.<br><br>GUEST TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>    Respondent. | Case No. 8:20-mc-00020<br><br>[Action pending in U.S. District Court for the District of Delaware, Case No. 1:18-cv-01394-RGA]<br><br>**ORDER ON WILLIAM H. SHREVE'S MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER** |

| | |
|---|---|
| 1 | The Court has considered William H. Shreve's Motion to Quash Subpoena |
| 2 | and for a Protective Order and all the papers filed in support, in opposition |
| 3 | and in reply thereof. Respondent has failed to establish that it seeks |
| 4 | information that is relevant and nonprivileged, and that no other means exist to |
| 5 | obtain the information it seeks. Therefore, the Court hereby **GRANTS** Mr. |
| 6 | Shreve's Motion. |
| 7 | The Court hereby **QUASHES** the subpoena. |
| 8 | The Court further **ORDERS** that Guest Tek **SHALL NOT** take the |
| 9 | deposition of William H. Shreve within this Judicial District in connection with |
| 10 | the case styled *Guest Tek Interactive Entertainment Ltd. v. Nomadix, Inc.*, |
| 11 | No. 1:18-cv-01394-RGA (D. Del.). |
| 12 | **IT IS SO ORDERED.** |

Dated: October 23, 2020         /s/ Autumn D. Spaeth
                               The Honorable Autumn D. Spaeth
                               United States Magistrate Judge